**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                 )<br>            Plaintiff/Respondent,   )<br>                                                 )<br>vs.                                              )<br>                                                 )<br>Hector Macias-Gomez,                )<br>                                                 )<br>            Defendant/Movant.      )<br>_____) | No.      CR 11-382-PHX-JAT<br>            CV 13-0095-PHX-JAT (BSB)<br><br>**ORDER** |

Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc.[1] 1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 10) recommending that the Motion be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

---

[1] All document numbers are in the CV case number.

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 10) is **ACCEPTED and ADOPTED** specifically:

- Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED WITH PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly;

- the Court denies issuance of a certificate of appealability.

DATED this 5th day of November, 2013.

_____
James A. Teilborg
Senior United States District Judge